UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 09-2238

———

SINGER MANAGEMENT CONSULTANTS, INC.;
LIVE GOLD OPERATIONS, INC.,

Appellants.

v.

ANNE MILGRAM,
Attorney General of the State of New Jersey

PRESENT:  McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, BARRY,
AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, VANASKIE and ALDISERT[1] ROTH[2], Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered August 5, 2010, are hereby vacated.

By the Court,

 /s/ Theodore A. McKee

Chief Circuit Judge

Date:          September 1, 2010
tyw/cc:       William L. Charron, Esq.
                  Jeffrey A. Koziar, Esq.

———

[1] Will participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.
[2] Will participate as a member of the en banc court pursuant to 3d Cir. I.O.P. 9.6.4.